```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 19-03570-HWV
Lyonel Jean-Louis                                                Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: KADavis            Page 1 of 1           Date Rcvd: Oct 18, 2019
                             Form ID: ntnew341        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.
```
db              +Lyonel Jean-Louis,    2221 Dover Road,    Harrisburg, PA 17112-1047
5237803         ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                  (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                   Southfield, MI 48034-8316)
5237804         +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5237805         +E-mail/Text: jennifer.chacon@spservicing.com Oct 18 2019 19:11:58
                  Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    CSMC 2018-RPL1 Trust bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Lyonel  Jean-Louis pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lyonel Jean–Louis,
aka Louis Lyonel Jean Sr., aka Lyonel J. Jean–Louis Sr.,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–03570–HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 19, 2019 <br> Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 18, 2019 |

ntnew341 (04/18)