UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LYONEL JEAN-LOUIS | : CHAPTER 13 |
| aka LOUIS LYONEL JEAN, Sr. | : |
| aka LYONEL J. JEAN-LOUIS, Sr. | : |
| Debtor(s) | : CASE NO: 1:19-03570-HWV |
| | : |
| CHARLES J. DEHART, III | : |
| Chapter 13 Trustee | : |
| Movant | : |
| | : |
| vs. | : |
| LYONEL JEAN-LOUIS | : |
| aka LOUIS LYONEL JEAN, Sr. | : |
| aka LYONEL J. JEAN-LOUIS, Sr. | : |
| Respondent(s) | : |
| | : |
| | : DOCKET NO: 21 |

## **WITHDRAWAL**

AND NOW on November 21, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the entry made rescheduling the 341Meeting of Creditors filed on or about November 20, 2019, be withdrawn. The entry was filed in error.

Respectfully submitted,

/s/Charles J DeHart, III
_____
CHARLES J. DEHART, III
Standing Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

# CERTIFICATE OF SERVICE

AND NOW, on 11-21-19, I, Cecilia Martin, do hereby certify that I served a copy of the above Withdrawal by first class mail, postage prepaid, unless electronically notified, to the following:

Lyonel Jean-Louis
2221 Dover Rd.
Harrisburg, PA   17112

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA   17011

/s/Cecilia Martin
Cecilia Martin, Assistant to
Charles J. DeHart, III