```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03570-HWV
Lyonel Jean-Louis                                                   Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AutoDocke          Page 1 of 1              Date Rcvd: Jan 24, 2020
                               Form ID: ntcnfhrg        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db              +Lyonel Jean-Louis,    2221 Dover Road,    Harrisburg, PA 17112-1047
5237803        ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:   Credit Acceptance Corporation,    25505 West 12 Mile Road,
                   Southfield, MI 48034-8316)
5237804         +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5265990          E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2020 20:11:47      CSMC 2018 RPL1 Trust,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
5237805         +E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2020 20:11:47
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    CSMC 2018-RPL1 Trust bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles     on behalf of Debtor 1 Lyonel  Jean-Louis pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Lyonel Jean–Louis,<br>aka Louis Lyonel Jean Sr., aka Lyonel J. Jean–Louis Sr., | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19–bk–03570–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: March 11, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 24, 2020 |

ntcnfhrg (03/18)