# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    LYONEL JEAN-LOUIS
          AKA: LYONEL J. JEAN-LOUIS, SR., LOUIS
          LYONEL JEAN, SR.

          Debtor(s)

                                      CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant                    CASE NO: 1-19-03570-HWV

          vs.

          LYONEL JEAN-LOUIS
          AKA: LYONEL J. JEAN-LOUIS, SR., LOUIS
          LYONEL JEAN, SR.

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 7, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                              Respectfully submitted,

                              s/   Charles J. DeHart, III
                              Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    LYONEL JEAN-LOUIS
           AKA: LYONEL J. JEAN-LOUIS, SR.,
           LOUIS LYONEL JEAN, SR.         CHAPTER 13

                   Debtor(s)

           CHARLES J. DEHART, III         CASE NO: 1-19-03570-HWV
           CHAPTER 13 TRUSTEE
                   Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| August 5, 2020 at 9:00 am | August 5, 2020 at 09:35 AM |
| Bankruptcy Courtroom | Bankruptcy Courtroom |
| Ronald Reagan Federal Bldg | Ronald Reagan Federal Bldg |
| 3rd Floor, 228 Walnut Street | 3rd Floor, 228 Walnut Street |
| Harrisburg, PA 17101 | Harrisburg, PA 17101 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2180.00**
           **AMOUNT DUE FOR THIS MONTH: $545.00**
    **TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $2725.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
           **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.      You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.      You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  July 7, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   LYONEL JEAN-LOUIS
          AKA: LYONEL J. JEAN-LOUIS, SR.,
          LOUIS LYONEL JEAN, SR.

              CHAPTER 13


           Debtor(s)

          CHARLES J. DEHART, III         CASE NO: 1-19-03570-HWV
          CHAPTER 13 TRUSTEE
             Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 7, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE | UNITED STATES TRUSTEE |
| DETHLEFS, PYKOSH & MURPHY | SUITE 1190 |
| 2132 MARKET STREET | 228 WALNUT STREET |
| CAMP HILL, PA  17011- | HARRISBURG, PA  17101 |

Served by First Class Mail

LYONEL JEAN-LOUIS
2221 DOVER ROAD
HARRISBURG, PA  17112


I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 7, 2020

          Liz Joyce
          for Charles J. DeHart, III, Trustee
          Suite A, 8125 Adams Dr.
          Hummelstown, PA  17036
          Phone:  (717) 566-6097
          eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    LYONEL JEAN-LOUIS
          AKA: LYONEL J. JEAN-LOUIS, SR.,
          LOUIS LYONEL JEAN, SR.

                                  CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                  Movant                  CASE NO: 1-19-03570-HWV

          vs.

          LYONEL JEAN-LOUIS             MOTION TO DISMISS
          AKA: LYONEL J. JEAN-LOUIS, SR.,
          LOUIS LYONEL JEAN, SR.

## <u>ORDER DISMSSING CASE</u>

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.