IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: )
)
LYONEL JEAN-LOUIS ) Chapter 13
**Debtor(s)** )
) Case No.: 1:19-bk-03570-(HWV)
)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 29, 2020, I served a copy of the Request To Relist Matter For Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtor | Regular Mail |
| Lyonel Jean-Louis | |
| 2221 Dover Road | |
| Harrisburg, PA 17112 | |
| | |
| Co-Debtor | Regular Mail |
| Nicole M. Jean-Louis | |
| 2221 Dover Road | |
| Harrisburg, PA 17112 | |

The following parties were served with the Request via electronic means on September 29, 2020:

Debtor's Attorney
Paul Donald Murphy-Ahles, Esq.
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

| Trustee | United States Trustee |
|---|---|
| Charles J. DeHart, III | 228 Walnut Street, Suite 1190 |
| Chapter 13 Trustee | Harrisburg, PA 17101 |
| 8125 Adams Drive, Suite A | |
| Hummelstown, PA 17036 | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 9/29/20

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania