IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lyonel Jean-Louis aka Louis Lyonel Jean, Sr. aka Lyonel J. Jean-Louis, Sr.<br>   Debtor | CHAPTER 13 |
| CSMC 2018-RPL1 Trust<br>   Movant<br> vs. | NO. 19-03570 HWV |
| Lyonel Jean-Louis aka Louis Lyonel Jean, Sr. aka Lyonel J. Jean-Louis, Sr.<br>   Debtor<br>Nicole Jean-Louis<br>   Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Jack N. Zaharopoulos, Esquire<br>   Trustee | |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: July 27, 2021

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)