# Notice Recipients

District/Off: 0314−1  User: AutoDocketer  Date Created: 7/28/2021
Case: 1:19−bk−03570−HWV  Form ID: pdf010  Total: 5

**Recipients of Notice of Electronic Filing:**

ust      United States Trustee      ustpregion03.ha.ecf@usdoj.gov
tr      Jack N Zaharopoulos (Trustee)      info@pamd13trustee.com
aty      Paul Donald Murphy−Ahles      pmurphy@dplglaw.com
aty      Rebecca Ann Solarz      bkgroup@kmllawgroup.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

Nicole Jean−Louis      2221 Dover Road      Harrisburg, PA 17112

TOTAL: 1