# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LYONEL JEAN-LOUIS
AKA: LYONEL J. JEAN-LOUIS, SR.,
LOUIS LYONEL JEAN, SR.

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-03570-HWV

LYONEL JEAN-LOUIS
AKA: LYONEL J. JEAN-LOUIS, SR.,
LOUIS LYONEL JEAN, SR.

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 12, 2021, the Debtor(s) is/are $1635.00 in arrears with a plan payment having last been made on Oct 20, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LYONEL JEAN-LOUIS
AKA: LYONEL J. JEAN-LOUIS, SR.,
LOUIS LYONEL JEAN, SR.

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-03570-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

PAUL MURPHY-AHLES ESQUIRE     SERVED ELECTRONICALLY
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011-

LYONEL JEAN-LOUIS     SERVED BY 1ST CLASS MAIL
2221 DOVER ROAD
HARRISBURG, PA 17112

United States Trustee
228 Walnut Street
Suite 1190     SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com